Argued and submitted May 31, reversed and remanded with instructions July 17, 1985

JAMES ARTHUR REDDICKS,
*Appellant,*

*v.*

STATE OF OREGON,
*Respondent.*

(43409; CA A33533)

703 P2d 1038

J. Michael Alexander, Salem, argued the cause for appellant. With him on the brief was Burt, Swanson, Lathen, Alexander & McCann, Salem.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Joseph, Chief Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

■ ■     In this action for post-conviction relief, the post-conviction court found that petitioner had failed to demonstrate that he was *prejudiced* by the failure of the sentencing court to inform him of his constitutional rights before pleading no contest to driving while under the influence of intoxicants.. ORS 135.385; *Boykin v. Alabama,* 395 US 238, 89 S Ct 1709, 23 L Ed 2d 274 (1969). Prejudice "inheres" in the denial of federal constitutional rights. *Stelts v. State of Oregon,* 299 Or 252, 701 P2d 1047 (1985).

Reversed and remanded with instructions to grant relief pursuant to ORS 138.520.